# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### UNITED STATES v. JOHN DOE,
### Crim. No.: 04-01 (DMC), SBI No.: 985104B, D.O.B.: 11/09/1979

## PETITION FOR WRIT OF HABEAS CORPUS

1. **ALEEM MALLARD,  SBI No.: 985104B** is now confined in **Northern State Prison**.

2. Said individual will be required in **Newark, New Jersey** on **Wednesday, December 14, 2011**, at **9:30 a.m.  for a violation of supervised release** at the **U.S. District Courthouse,** in the above-captioned case.  A Writ of Habeas Corpus should be issued for that purpose.

DATED: December 8, 2011

        S:\MELISSA L. JAMPOL
        Melissa L. Jampol
        Assistant U.S. Attorney
        Petitioner

## ORDER

Let the Writ Issue.

DATED: 8 Dec. 2011

        Hon. Dennis M. Cavanaugh, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the **Northern State Prison**:
WE COMMAND YOU that you have the body of:

### ALEEM MALLARD,  SBI No.: 985104B, D.O.B.: 11/09/1979

now confined at the **Northern State Prison** , brought to the **United States District Courthouse in Newark, New Jersey** on **Wednesday, December 14, 2011** at **9:30 a.m. for a violation of supervised release** in the above-captioned matter.  Immediately upon completion of the proceedings, Mr. MALLARD will be returned to said place of confinement in safe and secure conduct.

        WITNESS the Honorable Dennis M. Cavanaugh
        United States District Judge
        Newark, New Jersey.

DATED: 12/8/11

        WILLIAM T. WALSH
        Clerk of the U.S. District Court
        for the District of New Jersey

        Per:
        Deputy Clerk